United States District Court

Eastern District of California

| | |
|---|---|
| Anthony Johnson, | |
|     Plaintiff, | No. Civ. S 05-0676 LKK PAN P |
| vs. | Order |
| Shannon Myles Bestor, | |
|     Defendant. | |

-oOo-

Plaintiff, an inmate without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may

1 be found, if there is no district in which the action may
2 otherwise be brought." 28 U.S.C. § 1391(b).
3    Here, the defendant is located and the claim arose in Sonoma
4 County, California, which is in the Central District of
5 California. Therefore, in the interest of justice, this action
6 is transferred to the United States District Court for the
7 Central District of California. See 28 U.S.C. § 1406(a); Starnes
8 v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
9    So ordered.
10    Dated: July 12, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge